**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JAMIL GANDY,

              Petitioner

          v.

PA. DOC, OFFICER LT. SASHA REEDER,

              Respondent

:  No. 82 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus or in the [alternative] a Writ of Prohibition" is DENIED.